UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gregg Blackstock

        v.                                    Case No. 16-cv-411-LM

Goldberg et al


                              ORDER


    No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated January 10, 2019.  "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'"  School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,
failure to file a specific objection to magistrate's report will
waive the right to appeal).

                                    _____
                                    Landya B. McCafferty
                                    Chief Judge

Date: February 8, 2019


cc:  Gregg Blackstock, pro se
     Elizabeth Woodcock, Esq.